## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

KADEEM NOLAND,

              Petitioner,

v.                                                                          Case No. 25-CV-01260-SPM

PEOPLE OF ILLINOIS,

              Respondent.

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

      **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Court's Order of July 28, 2025 (Doc. 11), this matter is **DISMISSED with prejudice**. The Court **DECLINES** to issue a certificate of appealability.

**DATED: July 28, 2025**

                        **MONICA A. STUMP,**
                        **Clerk of Court**

                        **By: *s/ Jackie Muckensturm***
                              **Deputy Clerk**

**APPROVED: *s/ Stephen P. Mc*Glynn**
                  **STEPHEN P. MCGLYNN**
                  **U.S. District Judge**