IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

KADEEM NOLAND,

      Petitioner,

v.

PEOPLE OF ILLINOIS,

      Respondent.

Case No. 25-CV-01260-SPM

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Court's Order of July 28, 2025 (Doc. 11), this matter is **DISMISSED without prejudice**. The Court **DECLINES** to issue a certificate of appealability.

**DATED: July 28, 2025**

                                      MONICA A. STUMP,
                                      **Clerk of Court**


                                      **By:** *s/ Jackie Muckensturm*
                                                **Deputy Clerk**


**APPROVED:** *s/ Stephen P. Mc*Glynn
                      **STEPHEN P. MCGLYNN**
                      **U.S. District Judge**